# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 21-cv-00945-NYW

BYLINE BANK,

    Plaintiff,

v.

THREEWIT-COOPER CEMENT, CO.,
PLANEVIEW-WMI, LLC,
AND ROSS A. BERNSTEIN,

    Defendants.

## NOTICE OF HEARING OF PLAINTIFF, BYLINE BANK'S MOTION FOR DEFAULT JUDGMENT PURSUANT TO FED. R. CIV. P. 55 (DOC. NO. 16)

**PLEASE TAKE NOTICE**, that Plaintiff, Byline Bank, an Illinois banking corporation, successor-by-merger with Ridgestone Bank ("Byline"), by and through its attorney, Garth G. Gavenda of Anastasi Jellum, P.A., shall bring a motion for Default Judgment against Defendants, Threewit-Cooper Cement, Co., d/b/a MasonryDirect, d/b/a MasonryDirect.com, Planeview-WMI, LLC, d/b/a Wesso Metals, d/b/a Wesso, Inc., and Ross A. Bernstein before the Honorable Judge R. Brooke Jackson of the United States District Court for the District of Colorado, via telephone conference, on **June 23, 2021, at 10:00 a.m., Mountain Daylight Time**, or as soon thereafter as counsel may be heard.

**To join by telephone**:

Be sure you know how to mute your phone when you are not speaking and unmute it again to speak.

    1. Call: 1-888-204-5984

    2. Access Code: 7557338#

DATED this 20th day of May 2021.

                              **RESPECTFULLY SUBMITTED,**

*/s/ Garth G. Gavenda*
Garth G. Gavenda
ANASTASI JELLUM, P.A.
14985 60th Street North
Stillwater, MN  55082
(651) 439-2951
Garth.Gavenda@AJ-Law.com