IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| Civil Action: 21-cv-00945-RBJ | Date: June 23, 2021 |
|---|---|
| Courtroom Deputy: Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| BYLINE BANK **Plaintiff** | *Garth Gavenda* |
| v. | |
| THREEWIT-COOPER CEMENT CO<br>PANEVIEW-WMI LLC<br>ROSS A. BERSTEIN **Defendants** | |

## COURTROOM MINUTES

**MOTION HEARING VIA TELEPHONE**

Court in Session: 10:00 a.m.

Appearance of counsel – all participants appear via telephone.

The Court outlines the history of the case.

**ORDERED:   [16] Motion for Default Judgment is GRANTED.**

        **Proposed order at ECF No. 17 will be entered.**

Court in Recess:  10:10 a.m.          Hearing concluded.          Total time in Court:  00:10