**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-00945-RBJ

BYLINE BANK,

    Plaintiff,

v.

THREEWIT-COOPER CEMENT CO,
PANEVIEW-WMI LLC, and
ROSS A. BERSTEIN,

    Defendants.

**DEFAULT JUDGMENT**

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 55(b), the following Default Judgment is hereby entered.

Pursuant to the ORDER of Judge R. Brooke Jackson entered on June 23, 2021, (ECF No. 25) it is

ORDERED that DEFAULT JUDGMENT is entered in favor of the plaintiff, Byline Bank, and against the defendants, Threewit-Cooper Cement Co, Paneview-WMI LLC, and Ross A. Berstein, jointly and severally in the amount of $2,393,894.95 in damages and $40,458.65 in reasonable attorneys' fees and costs. It is

FURTHER ORDERED that Defendants, and any other persons or firms with control over the Collateral shall immediately surrender the Collateral to Plaintiff, including, but not limited to, (i) all inventory and accounts and other rights to payment of Defendant, Threewit-Cooper Cement, Co., d/b/a MasonryDirect, d/b/a

MasonryDirect.com and Ross A. Bernstein; (ii) all equipment, inventory, accounts, instruments, chattel paper, general intangibles, documents, deposit accounts, and numerous certificated vehicles of Defendants, Threewit-Cooper Cement, Co., d/b/a MasonryDirect, d/b/a MasonryDirect.com and Ross A. Bernstein; (iii) 2004 Freightliner Truck, VIN 1FVABRAK84DM46502; (iv) 1999 Kenworth Truck, VIN 1NKDLT9X3XJ827844; (v) 1995 Kenworth Truck, VIN 2NKMH77X0SM659822; and (vi) 1995 Mack Truck, VIN 2NKMH770SM659822. It is

FURTHER ORDERED that Defendants and other persons or firms having knowledge of this Order are enjoined from continuing to use or retain the Collateral and Defendants must advise Plaintiff of the location of the Collateral within 7 days of the date of judgment. It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 23[th] day of June, 2021.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ J. Dynes

J. Dynes
Deputy Clerk